```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 07 B 05502
   RICHARD PARKER
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-4470


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/28/2007 and was confirmed 07/09/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 10/20/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                               PAID           PAID
--------------------------------------------------------------------------------
AMERICAS SERVICING COMPA  CURRENT MORTG          .00              .00            .00
CITIFINANCIAL AUTO CREDI  SECURED VEHIC    28347.00           906.45        6093.34
CITIFINANCIAL AUTO CREDI  UNSECURED            .01              .00            .01
COOK COUNTY TREASURER     SECURED NOT I       .00              .00            .00
BANK FINANCIAL FSB        UNSECURED        NOT FILED           .00            .00
CAVALRY PORTFOLIO SERVIC  UNSECURED        NOT FILED           .00            .00
MENARDS                   UNSECURED        NOT FILED           .00            .00
CHRISTOPHER L COOGAN MD   UNSECURED        NOT FILED           .00            .00
CITIBANK NA               SPECIAL CLASS    NOT FILED           .00            .00
CITIBANK NA               SPECIAL CLASS    NOT FILED           .00            .00
LVNV FUNDING LLC          UNSECURED          682.73            .00          152.10
CASH ADVANCE              UNSECURED        NOT FILED           .00            .00
PREMIER BANCARD CHARTER   UNSECURED          519.93            .00          115.84
ECAST SETTLEMENT CORP     UNSECURED          539.93            .00          120.30
ADVOCATE HEALTHCARE       UNSECURED        NOT FILED           .00            .00
ILLINOIS CATALOG SALES I  UNSECURED        NOT FILED           .00            .00
SBC                       UNSECURED        NOT FILED           .00            .00
RUSH UNIVERSITY MEDICAL   UNSECURED        NOT FILED           .00            .00
RUSH UNIVERSITY MEDICAL   UNSECURED        NOT FILED           .00            .00
INGALLS MEMORIAL HOSPITA  UNSECURED        NOT FILED           .00            .00
SOUTH SUBURBAN HOSPITAL   UNSECURED        NOT FILED           .00            .00
SOUTH SUBURBAN HOSPITAL   UNSECURED        NOT FILED           .00            .00
NATIONWIDE ACCEPTANCE~    UNSECURED        NOT FILED           .00            .00
RUSH UNIVERSITY MEDICAL   UNSECURED        NOT FILED           .00            .00
RUSH UNIVERSITY MEDICAL   UNSECURED        NOT FILED           .00            .00
RUSH UNIVERSITY MEDICAL   UNSECURED        NOT FILED           .00            .00
HARCOURT LEARNING DIRECT  UNSECURED        NOT FILED           .00            .00
AT&T WIRELESS             UNSECURED          365.35            .00           81.40
PAYDAY LOAN STORE         UNSECURED          124.44            .00           27.73
PERSONAL FINANCE CO       UNSECURED         2361.09            .00          526.04
SOUTHWEST LAB PHYSICIAN   UNSECURED        NOT FILED           .00            .00
UNIVERSITY OF IL HOSPITA  UNSECURED        NOT FILED           .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 05502 RICHARD PARKER
```

```
PAYDAY LOANS              UNSECURED       NOT FILED           .00            .00
ZIPCASH LOANS             UNSECURED       NOT FILED           .00            .00
USA PAYDAY LOANS          UNSECURED          566.07           .00         126.12
AMERICAS SERVICING COMPA  MORTGAGE ARRE     3162.00           .00        3162.00
AMERICAS SERVICING COMPA  NOTICE ONLY     NOT FILED           .00            .00
ADVANCE TIL PAYDAY        UNSECURED          443.80           .00          98.89
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT       84.00           .00          84.00
CITIFINANCIAL             COST OF COLLE      670.00           .00         670.00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       2,500.00                     2,500.00
TOM VAUGHN                TRUSTEE                                        1,153.56
DEBTOR REFUND             REFUND                                           843.32
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 16,661.10

PRIORITY                                            84.00
SECURED                                          9,925.34
    INTEREST                                       906.45
UNSECURED                                        1,248.43
ADMINISTRATIVE                                   2,500.00
TRUSTEE COMPENSATION                             1,153.56
DEBTOR REFUND                                      843.32
                        ---------------      ---------------
TOTALS                  16,661.10               16,661.10

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
    Dated: 01/26/09             _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE